UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60199-CIV-ZLOCH

CHERYL GREGORY, et al.,

    Plaintiffs,

vs.                              **FINAL ORDER OF DISMISSAL**

OMEGA AIR HOLDINGS, LLC d/b/a
FOCUS AIR,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiffs' Notice For Voluntary Dismissal Without Prejudice (DE 21).  The Court has carefully reviewed said Notice the entire court file and is otherwise fully advised in the premises.

    Federal Rule 41(a)(1)(A)(i) permits a plaintiff to voluntarily dismiss an action by providing the court with notice of the same so long as the opposing party has not filed and answer or motion for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Although Defendant previously filed an Answer (DE 3), and it was stricken due to Defendant's failure to obtain legal representation. See DE 18 ("It is a well-settled principle of law that a corporation cannot appear pro se and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985)).  Because Defendant's Answer was previously stricken, the law treats it as having never been filed.  Thus, Plaintiffs Notice For Voluntary Dismissal Without Prejudice (DE 21) is proper and otherwise

complies with Federal Rule 41.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Notice For Voluntary Dismissal Without Prejudice (DE 21) be and the same is hereby approved, adopted, and ratified;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   24th   day of June, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Omega Air Holdings d/b/a Focus Air
750 SW 34th Street
Fort Lauderdale, FL 33315